UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE ATTAWAY,<br><br>        Plaintiff,<br><br>v.<br><br>PULSE SYSTEMS LLC, et al.,<br><br>        Defendant. | Case No.  22-cv-07495-VC<br><br>**ORDER OF DISMISSAL** |

The Court was advised by the parties on March 23, 2023 that they reached a settlement. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: March 27, 2023

_____
VINCE CHHABRIA
United States District Judge